UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KASEY F. HOFFMAN,

    Plaintiff,

v.

IN RE CARRIER IQ, INC., et al.,

    Defendants.

Case No. 16-cv-07398 NC (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. On March 21, 2017, the court dismissed the complaint with leave to amend within 28 days. To date, plaintiff has not filed an amended complaint nor had any further communication with the court. Accordingly, this action is **DISMISSED** without prejudice for failure to file an amended complaint.

**IT IS SO ORDERED.**

DATED: May 9, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge